April 1 2018

Warren Small
27 Bedford Dr
Wilmington DE 19809



U.S District Court
District of Delaware

Dear Clerk
Could you please send any update from these cases listed below or and other case number to above address.

1:17-CV-00923-RGA
1:17-CV-00870-RGA

Warren Small
Warren Small

Warren Small
27 Bedford
Wilmington DE 19809

FILED
APR 11 2018
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

800 King St.
District Court of Delaware
King Street 19801
Wilmington DE

C/O X-RAY

WILMINGTON DE 197
04 APR 2018 PM 1 L
FOREVER USA
Barn Swallow

1980133550 C012